**Order entered January 30, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00449-CR

**ROYAL DOUGLAS ROBINSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-00017-U**

## ORDER

On January 21, 2017, the Court was notified that appellate counsel Gregory Neugebauer had died. On January 26, 2017, we removed this appeal from submission and ordered the trial court to appoint new counsel for appellant for the duration of the appeal, including any post-submission issues. We noted that the case had been fully briefed and would proceed on the briefs before the Court. On January 30, 2017, we were notified that Celia Sams had been appointed as appellate counsel. Accordingly, we **DIRECT** the Clerk to add Celia Sams as appellant's attorney of record on this appeal and to remove Gregory Neugebauer.

This case will be submitted in due course.

/s/     ADA BROWN
        JUSTICE